| | |
|---|---|
| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* <br> 2:16CR00231 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* <br> 2:20-cr-00185-SVW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jay Yang | Nevada | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | Richard F. Boulware | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 1/8/2019 | TO 1/7/2022 |

FILED
CLERK, U.S. DISTRICT COURT
04/16/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: AP DEPUTY

**OFFENSE**
Theft of Receipt of Stolen Mail and Felon in Possession of a Firearm

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF NEVADA

  IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

April 10, 2020
*Date*

RICHARD F. BOULWARE, II
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

April 16, 2020
*Effective Date*

Virginia A. Phillips
*United States District Judge*