**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NUMBER |
| | 2:20-cr-00185-SVW |
| PLAINTIFF | |
| v. | |
| Jay Yang | **NOTICE OF JURISDICTION/** |
| | **TREATY TRANSFER-IN** |
| DEFENDANT(S). | |

To:  All Parties/Counsel of Record

The Court has approved the

☑ supervised release
☐ probation
☐ treaty

transfer-in for the case referred to above.

The matter has been assigned to United States ☑ District Judge _____Stephen V. Wilson_____

☐ Magistrate Judge _____ for all further proceedings.

Please include the criminal case number as reflected above on all documents subsequently filed in this case.

Clerk, U.S. District Court

_____4/16/20_____                    By: APEDRO _____

Date                                                        Deputy Clerk

cc: U.S. Attorney's Office
    U.S. Probation Office

CR-56  (01/17)                    **NOTICE OF JURISDICTION / TREATY TRANSFER-IN**