PROB 12
(Rev. 11/04)

# United States District Court

for

CENTRAL DISTRICT OF CALIFORNIA

U.S.A. VS. Jay Yang                                                                 Docket No.: 2:20-CR-00185-SVW-1

**Petition on Probation and Supervised Release (Modification)**

COMES NOW Michelle A. Carey, CHIEF PROBATION & PRETRIAL SERVICES OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jay Yang who was placed on supervision by the Honorable RICHARD F. BULWARE II sitting in the Court at Las Vegas, Nevada, on the 24th day of August, 2018 who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s). **Jurisdiction was transferred to the Central District of California on April 16, 2020.**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Yang has relapsed and in need of additional monitoring. Additionally, present special conditions require modification to appropriately address in the new district of jurisdiction. The supervisee and defense counsel consent to modification and waive a personal appearance before the Court.

**PRAYING THAT THE COURT WILL ORDER** *Modify existing condition worded, "You will be monitored by the some form of GPS Monitoring (including hybrid GPS) location monitoring technology for the first year of supervision, to commence after release from residential reentry center, and you must follow the rules and regulations of the location monitoring program. You must pay the cost of the program" to read:*

Jay Yang, as a special condition of supervision, shall participate for a period of up to 180 days in a home detention program which may include electronic monitoring, GPS, Alcohol Monitoring Unit or automated identification system and shall observe all rules of such program, as directed by the Probation Officer.

Jay Yang, as a special condition of supervision, shall pay the costs of Location Monitoring to the contract vendor,

|  |  |
|---|---|
| ORDER OF COURT | Respectfully, |
| Considered and ordered this 15th day of Jan , 2020 and ordered filed and made a part of the records in the above case. | JEANNETTE GONZALEZ /S/ <br> U. S. Probation & Pretrial Services Officer |
| *[signature]* <br> United States District Judge <br> HONORABLE STEPHEN V. WILSON | Place: West Covina, California <br> Approved: KALIA BATTS /S/ <br> Supervising U.S. Probation & Pretrial Services Officer <br> Date: January 11, 2021 |

U.S.A.   VS   Jay Yang
Docket No   2:20-CR-00185-SVW-1

not to exceed the sum of $12.00 for each day of participation. The offender shall provide payment and proof of payment as directed by the Probation Officer.

*Modify existing condition worded, "You must complete 2,000 hours of community service within 36 months. The probation officer will supervise the participation in the program by approving the program (agency, location, frequency of participation, etc.) You must provide written verification of completed hours to the Probation Officer." To read:*

When not employed or excused by the Probation Officer for schooling, training, or other acceptable reasons, the offender shall perform 20 hours of community service per week as directed by the Probation & Pretrial Services Office.

*Modify existing condition worded, "You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. 1030 (e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation.  Any search must be conducted at a reasonable time and in a reasonable manner."   To read:*

Jay Yang, as a special condition of supervision, you must submit your person, property, house, residence, vehicle, or office, to a search conducted by a United States Probation Officer. Failure to submit to search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

*Modify existing condition as worded,  "Computer Monitoring Software- You must allow the probation officer to install computer monitoring software on any computer or smart phone device that you have access to (as defined in 18 U.S. C. 1030(e)(1)) you use.  To ensure compliance with the computer monitoring condition, you*

|  |  |
|---|---|
| ORDER OF COURT | Respectfully, |
| Considered and ordered this  15th  day of  Jan  , 20 20 and ordered filed and made a part of the records in the above case. | JEANNETTE GONZALEZ   /S/ <br> U. S. Probation Officer |
|  | Place:  West Covina, California |
|  | Approved:  KALIA BATTS   /S/ |
| United States District Judge <br> HONORABLE STEPHEN V. WILSON | Supervising U. S. Probation Officer |
|  | Date:  January 11, 2021 |

U.S.A.   VS   Jay Yang
Docket No   2:20-CR-00185-SVW-1

---

*must allow the probation officer to conduct periodic, unannounced searches of any computers or smart device that you have access to (as defined in 18 U.S.C. 1030(e)(1)) subject to computer monitoring. These searches shall be conducted for the purposes of determining whether the computer contains any prohibited data prior to installation of the monitoring software; to determine whether the monitoring software is functioning effectively after its installation; and to determine whether there have been attempts to circumvent the monitoring software after its installation. You must warn any other people who use these computers that the computers may be subject to searches pursuant to this condition." To read:*

Proposed modification: Delete this condition

During the course of supervision, the Probation Officer, with the agreement of the offender and defense counsel, may place the offender in a residential drug treatment program approved by the United States Probation Office for treatment of narcotic addiction or drug dependency, which may include counseling and testing, to determine if the offender has reverted to the use of drugs, and the offender shall reside in the treatment program until discharged by the Program Director and Probation Officer.

ORDER OF COURT

Considered and ordered this __15th__ day of __Jan__, 20_20_ and ordered filed and made a part of the records in the above case.

_United States District Judge_
HONORABLE STEPHEN V. WILSON

Respectfully,

JEANNETTE GONZALEZ   /S/
U. S. Probation Officer

Place:   West Covina, California

Approved:   KALIA BATTS   /S/
Supervising U. S. Probation Officer

Date:   January 11, 2021